UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| | |
|---|---|
| GEO SPECIALTY CHEMICALS, INC., ) <br> ) <br>           Plaintiff, ) <br> ) <br>           v. ) <br> ) <br> UNITED STATES, ) <br> ) <br>           Defendant. ) <br> ) | SUMMONS <br><br> Court No.  23-00238 |

**TO:**  The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

---

Name and Standing of Plaintiff

1. Plaintiff is GEO Specialty Chemicals, Inc. ("GEO" or "Plaintiff"). GEO is a domestic producer of a domestic like product (*i.e.*, glycine).  As one of the original petitioners, GEO fully participated in the underlying U.S. Department of Commerce antidumping and countervailing duty investigations, as well as sequential administrative reviews (*i.e.*, *Glycine from India* {A-533-883/C-533-884}*, Japan* {A-588-878}*, Thailand* {A-549-837}*, and the People's Republic of China* {C-570-081}).  On August 14, 2023, GEO submitted to the U.S. Department of Commerce a scope ruling application on calcium glycinate.  GEO is an interested party according to 19 U.S.C. §§ 1677(9)(C) and 1516a(f)(3). GEO as Plaintiff has standing to bring this action under 19 U.S.C. §§ 1516a(a)(2)(A)(ii), (a)(2)(B)(vi) and (d) and 28 U.S.C. § 2631(c).

Brief Description of Contested Determination

2. Plaintiff is contesting a final negative scope ruling determination issued by the U.S. Department of Commerce, International Trade Administration (dated October 11, 2023), regarding calcium glycinate on the following orders:  *Glycine from India and Japan:  Amended Final Affirmative Antidumping Duty Determination and Antidumping Duty Orders,* 84 FR 29170 (June 21, 2019); *Glycine from Thailand:*

*Antidumping Duty Order,* 84 FR 55912 (October 18, 2019); and *Glycine from India and the People's Republic of China:  Countervailing Duty Orders,* 84 FR 29173 (June 21, 2019) (collectively, *Orders)*.  This final negative determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(iii) and (a)(2)(B)(vi) and 28 U.S.C. § 1581(c).
This Summons is being filed within 30 days after the date of mailing of the scope ruling and is thus timely pursuant to 19 U.S.C. § 1516a(a)(2)(A)(iii).

### Date of Determination

3. The final determination of the scope ruling request is dated October 11, 2023.

### Date of Publication in Federal Register of Notice of Contested Determination

4. Not applicable. The U.S. Department of Commerce did not publish a notice of contested scope ruling in the Federal Register. A notice of scope ruling application was published in the Federal Register on October 10, 2023 (88 Fed. Reg. 69904).

Respectfully submitted,

/ s / David M. Schwartz

David M. Schwartz
Michelle Li
Kerem Bilge

THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Telephone:  (202) 263-4170
Telefax:  (202) 331-8330
Email:  David.Schwartz@ThompsonHine.com

*Counsel for GEO Specialty Chemicals, Inc.*

Dated:  November 10, 2023

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, New York 10278


Supervising Attorney
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20530


Chief Counsel
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230