UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

July 9, 2025

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   Redetermination Pursuant to Court Remand Order in
      *Deer Park Glycine, LLC v. United States*, Court No. 23-00238

Dear Mr. Toscano:

    Pursuant to the Court's order of April 10, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a public document.

    In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 365-7536.

Respectfully submitted,

s/ Joseph Grossman-Trawick
JOSEPH GROSSMAN-TRAWICK
Attorney
Office of the Chief Counsel
   for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
July 9, 2025
Page 2

cc:

Geoffrey M. Long
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0159
Fax: (202) 307-0972
Email: geoffrey.m.long@usdoj.gov

David Michael Schwartz
Thompson Hine LLP
1919 M Street, NW.
Suite 700
Washington, DC 20036
(202) 263-4170
Email: david.schwartz@thompsonhine.com